August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MAXIM CRANE WORKS, L.P., Appellant

NO. 14-15-00614-CV                        V.

BERKEL & COMPANY CONTRACTORS, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Berkel & Company Contractors, Inc., signed July 1, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Maxim Crane Works, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.